1  LAW OFFICES OF ERIK BABCOCK
   ERIK BABCOCK (Cal. 172517)
2  717 Washington St., 2d Floor
   Oakland CA 94607
3  Tel:  (510) 452-8400
   Fax:  (510) 201-2084
4  erik@babcocklawoffice.com

5  Attorney for Defendant
   JUAN POSADA
6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,           Case No. 3:20-cr-00420 RS (JCS)

13         Plaintiff,                  **STIPULATION AND ORDER
                                       CONTINUING SENTENCING FROM
14     v.                              MAY 4, 2021 TO JULY 20, 2021**

15

16 JUAN POSADA,

17         Defendant.

18

19     Defendant Juan Posada, M.D. entered a plea of guilty and sentencing is scheduled for May 4,

20 2021.  Defendant was scheduled to be interviewed by the Probation Department this week.

21 Unfortunately, defense counsel is no longer available as he is starting a trial this week that was

22 scheduled to commence two months ago but was delayed because of Covid-19 related court closures.

23 Counsel does not expect to be available for the Probation interview until after the trial has concluded in

24 mid to late April.   The Probation Department will need approximately one month after the interview to

25 complete the draft report.

26

27

28

Stipulation To Continue Sentencing
1

Accordingly, with the concurrence of the Probation Officer, the parties hereby stipulate and agree that the sentencing hearing currently set for May 4, 2021 should be vacated and reset on July 20, 2021.

Defendant Posada is out of custody and has already entered a guilty plea so there are no Speedy Trial issues.

DATED: March 16, 2021                         /S/Kristina Green
                                              KRISTINA GREEN
                                              Assistant U.S. Attorney


DATED: March 16, 2021                         /S/Erik Babcock
                                              ERIK BABCOCK
                                              Attorney for Defendant
                                              JUAN POSADA


## ORDER

For the reasons stated above, and **GOOD CAUSE APPEARING**, it is **SO ORDERED.**

DATED: March 17, 2021

                                              HONORABLE RICHARD SEEBORG
                                              Chief District Court Judge