LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 201-2084
erik@babcocklawoffice.com

Attorney for Defendant
JUAN POSADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN POSADA,<br><br>　　　　Defendant. | Case No. 3:20-cr-00420 RS (JCS)<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING FROM JULY 20, 2021 TO OCTOBER 19, 2021** |

　　Defendant Juan Posada, M.D. entered a plea of guilty and sentencing is scheduled for July 20, 2021. Defendant recently had heart surgery to replace a valve. He is expected to need another heart procedure in approximately six to eight weeks.

　　Accordingly, with the concurrence of the Probation Officer, the parties hereby stipulate and agree that the sentencing hearing currently set for July 20, 2021 should be vacated and reset for October 19, 2021.

///

Defendant Posada is out of custody and has already entered a guilty plea, so there are no Speedy Trial issues.

DATED: May 25, 2021　　　　　　　　　　　　/S/Kristina Green
　　　　　　　　　　　　　　　　　　　　　　　KRISTINA GREEN
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: May 25, 2021　　　　　　　　　　　　/S/Erik Babcock
　　　　　　　　　　　　　　　　　　　　　　　ERIK BABCOCK
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　JUAN POSADA

## **ORDER**

For the reasons stated above, and **GOOD CAUSE APPEARING**, it is **SO ORDERED.**

DATED: May 26, 2021

_____
HONORABLE RICHARD SEEBORG
Chief District Court Judge