LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel:  (510) 452-8400
Fax:  (510) 201-2084
erik@babcocklawoffice.com

Attorney for Defendant
JUAN POSADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br><br>JUAN POSADA,<br><br>          Defendant. | Case No. 3:20-cr-00420 RS (JCS)<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING FROM OCTOBER 19, 2021 TO NOVEMBER 30, 2021** |

   Defendant Juan Posada, M.D. entered a plea of guilty and sentencing is scheduled for October 19, 2021.  Defendant had heart surgery to replace a valve this year and is still required to maintain a low level of stress to fully recover.

   Accordingly, with the concurrence of the Probation Officer, the parties hereby stipulate and agree that the sentencing hearing currently set for October 19, 2021 should be vacated and reset for November 30, 2021.

///

///

Stipulation To Continue Sentencing
1

Defendant Posada is out of custody and has already entered a guilty plea, so there are no Speedy Trial issues.

DATED: September 24, 2021                    /S/Kristina Green
                                              KRISTINA GREEN
                                              Assistant U.S. Attorney

DATED: September 24, 2021                    /S/Erik Babcock
                                              ERIK BABCOCK
                                              Attorney for Defendant
                                              JUAN POSADA

## ORDER

For the reasons stated above, and **GOOD CAUSE APPEARING**, it is **SO ORDERED.**

DATED: September 30, 2021

HONORABLE RICHARD SEEBORG
Chief District Court Judge